Nov. Term,
1855.

COREY
v.
RHINEHEART.

Monday,
December 17.

---

COREY *v.* RHINEHEART.

A bill of exceptions showed that evidence offered was objected to, but the ground of objection was not pointed out nor exception taken at the time of its admission. Instructions were also given and refused, and, at the end of the bill of exceptions, taken after the return of the verdict, was the following statement: "To all of which judgments and rulings, &c., the defendant objects and excepts," &c. The trial was before the R. S. 1852 were in force. *Held*, that errors could not be assigned on exceptions thus taken.

ERROR to the *Henry* Circuit Court.

*Per Curiam.*—The record in this case presents no question for this Court. It appears by a bill of exceptions that on the trial in the Circuit Court, certain evidence was offered, which was objected to, but the ground of objection was not pointed out, nor was any exception taken at the time, to the ruling of the Court.

Various instructions were given and refused, and at the end of the bill of exceptions, taken after the return of the verdict, is the following statement: "To all of which judgments and rulings, &c., the defendant objects and excepts," &c.

Exceptions taken in this manner, are wholly insufficient

on which to assign errors in an appellate Court. *Jones* v. <span style="float:right">Nov. Term,</span>
*Van Patten*, 3 Ind. R. 107. The trial was before the R. S. <span style="float:right">1855.</span>
1852 were in force. <span style="float:right">COBURN</span>
<span style="float:right">v.</span>
The judgment is affirmed, with 10 per cent. damages <span style="float:right">HALL.</span>
and costs.

*W. Grose*, for the plaintiff.

*C. H. Test*, for the defendant.